IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**Providence Health Services**                                    **PLAINTIFF**

**VERSUS**            **CIVIL ACTION NO.: 1:11-cv-00402-LG-JCG**

**DEFENDANT**

**Biloxi Radiation Oncology Center, LLC**

**ORDER**

This matter is before the Court *sua sponte* to stay and administratively close the captioned matter. Defendant, Biloxi Radiation Oncology Center, LLC filed a Suggestion of Bankruptcy [4] in this case advising the Court that they had filed a petition for relief in the United States Bankruptcy Court for the Southern District of Mississippi. Based on this filing, an Order Staying Proceeding [5] was entered by which all proceedings were stayed. The Court finds that there appears to be no further reason to maintain the file as an open one for statistical purposes. Nothing contained in this Order shall be considered a dismissal or disposition of this matter and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

SO ORDERED this the 14th day of January, 2015.

*s/ John C. Gargiulo*
UNITED STATES MAGISTRATE JUDGE